1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARLOS EMMANUEL MORENO                No.  1:22-cv-01581-ADA-EPG
      ORTEGA,
12                                          ORDER ADOPTING FINDINGS AND
                      Plaintiff,            RECOMMENDATIONS IN FULL
13
                                            (ECF No. 11)
      v.
14
      NISSAN NORTH AMERICA, INC.,
15
                      Defendant.
16

17          On December 9, 2022, Plaintiff Carlos Emmanuel Moreno Ortega ("Plaintiff") filed this

18    action bringing California state law claims arising from an allegedly defective vehicle.  (ECF No.

19    1.)   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20    636(b)(1)(B) and Local Rule 302.

21          On January 19, 2023, the assigned Magistrate Judge entered findings and recommendations,

22    recommending that Defendant's motion to dismiss be denied as moot because Plaintiff amended

23    the complaint after the motion to dismiss was filed.  (ECF No. 11); *see Ramirez v. Cnty. of San*

24    *Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss

25    targeted the Plaintiff's First Amended Complaint, which was no longer in effect [after Plaintiff filed

26    a Second Amended Complaint], we conclude that the motion to dismiss should have been deemed

27    moot before the district court granted it.").

28    ///

                                                  1

1      The findings and recommendations permitted the parties to file objections within fourteen

2   days; however, no party has filed objections.

3      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

4   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

5   Court finds the findings and recommendations to be supported by the record and proper analysis.

6      Accordingly,

7      1.      The findings and recommendations issued on January 19, 2023, (ECF No. 11), are

8              ADOPTED IN FULL;

9      2.      Defendant's motion to dismiss (ECF No. 6) is denied as moot; and

10     3.      This case is referred back to the Magistrate Judge for further proceedings.

11

12

13   IT IS SO ORDERED.

14

    Dated:    March 7, 2023

15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28