**FILED**



MAR 15 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## United States District Court
## Eastern District of California

CARLOS EMMANUEL MORENO ORTEGA,

Plaintiff(s)

V.

NISSAN NORTH AMERICA, INC., a Delaware

Defendant(s)

Case Number: 1:22-cv-01581-ADA-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer M. Stevenson _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive

On ___04/30/2004___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of the State of Kansas___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___03/13/2023___        Signature of Applicant: /s/ Jennifer M. Stevenson _____

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer M. Stevenson

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 2555 Grand Blvd.

City: Kansas City   State: MO   Zip: 64108

Phone Number w/Area Code: (816) 474-6550

City and State of Residence: Lawrence, Kansas

Primary E-mail Address: jstevenson@shb.com

Secondary E-mail Address: camoran@shb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nalani L. Crisologo

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 2049 Century Park East, #3000

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: (424) 285-8330   Bar # 313402

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/15/23

JUDGE, U.S. DISTRICT COURT