UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EMMANUEL MORENO ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01581-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 63) |

On April 18, 2025, the parties filed a joint stipulation, stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, CARLOS EMMANUEL MORENO ORTEGA, and Defendant, NISSAN NORTH AMERICA, INC., (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

(ECF No. 63).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 21, 2025**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1